**Order entered May 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00637-CV

**U.S. BANK NATIONAL ASSOCIATION, Appellant**

**V.**

**TFHSP LLC, SERIES 321, Appellee**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-02700-2013**

## ORDER

Based on the record before us, we **GRANT** appellant's unopposed motion to extend time to file notice of appeal. Appellant's May 21, 2014 notice of appeal is considered timely for jurisdictional purposes.


/s/ ELIZABETH LANG-MIERS
JUSTICE